Timothy Carmine **MUCCILLI,**
Appellant,

v.

Joel **BOS;** Norman J. **Loren;** Mark **Mansavage;** John K. **Carlson,**
Appellees.

No. 05–3979.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 31, 2006.

Filed: Nov. 2, 2006.

Timothy Carmine Muccilli, Golden Valley, AZ, pro se.

Michael Joseph Ford, Melinda M. Sanders, Quinlivan & Hughes, St. Cloud, MN, for Appellees.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Timothy Muccilli appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. Having conducted de novo review, we conclude that summary judgment was proper. *See Lee v. Spellings,* 447 F.3d 1087, 1088–89 (8th Cir.2006) (grant of summary judgment may be affirmed on any basis supported by record); *Lommen v. City of East Grand Forks,* 97 F.3d 272, 274 (8th

---

1. The Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Cir.1996) (standard of review). Accordingly, we affirm.